IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ANTHONY EDWARDS and SHARON de EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., BRIDGELOCK CAPITAL LOAN, ALLIANCE TITLE COMPANY, ESCROW OF THE WEST, BANK OF AMERICA CORPORATION (Successor Company), and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 09-03340 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 20, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE